

# Fourth Court of Appeals
## San Antonio, Texas

September 1, 2015

No. 04-15-00463-CV

**JBS CARRIERS, INC.** and James Lundry,
Appellants

v.

Trinette L. **WASHINGTON**, Sophia Renee Lenzy, Thomas Charles Lenzy, Individually, and as
Representatives of The State of Mary L. Turner, deceased,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13011
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

      The reporter's record was due on August 25, 2015. On August 25, 2015, the reporter filed a request for a sixty-day extension to file the record. We **grant the motion in part** and **order** Maria E. Fattahi to file the reporter's record by September 24, 2015. *See* TEX. R. APP. P. 35.3(c) (stating court of appeals must not grant an extension exceeding thirty days in an ordinary appeal).

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of September, 2015.

_____
Keith E. Hottle
Clerk of Court